AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FILED December 23, 2014
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE _____ AMK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| Stephan Schurmann | ) Case No. 3:14mj 227/CJK |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/23/2014 in the county of Okaloosa in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1204 | Attempted International Parental Kidnapping |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Sworn to before me and signed in my presence.

Angela Martin, FBI Special Agent
*Printed name and title*

Date: December 23, 2014

*Judge's signature*

City and state: Pensacola, FL

Charles J. Kahn, U.S. Magistrate Judge
*Printed name and title*

Print Form