## AFFIDAVIT

I, Special Agent Angela Martin, do hereby depose and say;

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, acting in my official capacity. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18 United States Code (USC) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 USC. I have been employed as a Special Agent with the FBI since July 7, 2014 and am currently assigned to the FBI's Jacksonville Division, Pensacola Resident Agency.

2. Unless noted otherwise, all information in this affidavit involves investigation conducted by either FBI Special Agents Steven C. Harker, James A. Van Pelt, Okaloosa County Sheriff's Office (OCSO) Investigator Rich Cooper, Department of Homeland Security-Immigration and Custom Enforcement (DHS-ICE) Special Agent Michael Nasca, or me, including but not limited to personal interviews; physical surveillance; and review of state court filings and other online records. I am not including all investigative facts known to me in this affidavit, but rather only those I believe are necessary to establish probable cause.

3. The FBI, OCSO, and DHS-ICE are currently investigating an allegation of International Parental Kidnapping by Stephan Schurmann, a German citizen, in violation of Title 18 USC Section 1204 which states that whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than 3 years, or both.

4. According to public records, on December 17, 2014 a Petition for Dissolution of Marriage was filed with the Okaloosa County Clerk of Court by Jubilie C. Anqui. The respondent was Stephan Schurmann. Duke Sean Schurmann is the minor child of Jubilie Anqui and Stephan Schurmann. Approximate age of minor child Duke Sean Schurmann is 6 years old.

5. On December 18, 2014 a Temporary Injunction to Prevent Removal of Minor Child from Jurisdiction and Prevent Passport Services was signed by Okaloosa County Circuit Judge Mary K. Polson. In the injunction, the court states that Stephan Schurmann is enjoined from removing Duke Sean Schurmann from Okaloosa County, Florida without Jubilie Anqui's notarized written permission or court order.

6. On December 19, 2014, information was received from an individual who wishes to remain confidential that Stephan Schurmann had removed Duke Sean Schurmann from Okaloosa County, Florida with the intent to leave the United States.

7. On December 22, 2014, Drew Wood, attorney for Stephan Schurmann, emailed James Levy, attorney for Jubilie Anqui, and stated the following: Just heard from my client. He informed me that he is in Orlando at Universal Studios vacationing with his son.

8. On December 22, 2014, Special Agent Michael Nasca, Homeland Security Investigations, alerted the FBI that Stephan Schurmann and Duke Sean Schurmann are scheduled to depart Miami International Airport on Air Berlin Flight 7001 destined for Dusseldorf, Germany on December 23, 2014 at approximately 4:09pm Eastern Standard Time.

9. I am aware from conversations with other law enforcement officers that on or about December 22, 2014, investigators with the OCSO obtained a state court order authorizing

cellular telephone service provider T-Mobile to triangulate or "ping" the location of the cell phone utilizing telephone number (850) 716-6115. The FBI and OCSO became aware that this number is currently being utilized by Schurmann after an individual anonymously emailed the law office representing Schurmann's wife in their divorce, as well as the OCSO directly. Furthermore, this individual has repeatedly spoken to FBI SA Steven C. Harker and provided information, which has since been corroborated, regarding Schurmann's intent to illegally take this minor child, Duke Sean Schurmann, out of the country.

10. In conversations with OCSO Investigator Rich Cooper and OCSO Dispatch staff on December 22 and 23, 2014, SA Van Pelt was advised that the "ping" appeared to show that this cellular telephone was located at or within a few hundred meters of a La Quinta Inn located adjacent to Miami International Airport. Furthermore, the most recent "ping" showing this location was generated on December 23, 2014 on or about 8:21am Pacific Standard Time.

11. Upon issuance of this arrest warrant it is the intent of law enforcement to arrest Stephan Schurmann upon his arrival in the ticketed passenger area for Air Berlin Flight 7001 at Miami International Airport while he has custody of his minor son, Duke Sean Schurmann.

Based upon the above, I respectfully submit that there is probable cause to believe that Stephan Schurmann has attempted to violate Title 18 USC, Section 1204 (International Parental Kidnapping).

_____
Angela Martin, Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before me this 23rd day of December, 2014.

_____
United States Magistrate Judge
Charles J. Kahn