UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
VS                                        CASE NO. 3:14mj227/CJK

STEPHAN SCHURMANN

## REFERRAL AND ORDER

Referred to Magistrate Judge Kahn on           December 24, 2014
Type of Motion/Pleading: MOTION TO DISMISS
Filed by:   Government            on  12/24/14      Document  4
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ Irma McCain-Coby
Deputy Clerk: Irma McCain-Coby

## ORDER

Upon consideration of the foregoing, it is ORDERED this  29  day of December, 2014, that:

(a)   The requested relief is GRANTED.

CHARLES KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

Rec'd 12:30 14 UsDcFln 3PM 1224