AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED December 23, 2014
(Date)

for the

Northern District of Florida

NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) AMK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:14mj227/CJK |
| Stephan Schurmann | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephan Schurmann,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1204 - Attempted International Parental Kidnapping

Date: 12/23/2014   17:22 CST

*Issuing officer's signature*

City and state: Pensacola, FL

Charles J. Kahn, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/23/2014, and the person was arrested on *(date)* ~~ ~~
at *(city and state)* ~~ ~~ . Warrant was cancelled by AUSA Randy Hensell

Date: Jan 6, 2015

*Arresting officer's signature*

Angela E Martin, Special Agent
*Printed name and title*

Filed 0106'15 USDCFlnPM1242 KR